# FORM A

FILED
JAMES J. VILT, JR. - CLERK
JUL 02 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Mark C. Johnson
Adrian M. Shelton
Daniel E. Skipworth
(Full name of the Plaintiff(s) in this action)

v.

3C Medical
of Kentucky

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:26-cv-455-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Mark C Johnson

Place of Confinement: Muhlenburg County Detention Center

Address: 108 Court Row Greenville, Ky 42345

Status of Plaintiff: CONVICTED (✓) PV PRETRIAL DETAINEE (✓) fighting case

(2) Name of Plaintiff: Adrian M. Shelton

Place of Confinement: M. C. D. C

Address: 108 Court Row Greenville Ky, 42345

Status of Plaintiff: CONVICTED (✓) PVd PRETRIAL DETAINEE (✓) Fighting case

(3) Name of Plaintiff: Daniel Skipworth

Place of Confinement: M.C.D.C

Address: 108 court Row Greenville Ky 42345

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant 3C medical of Kentucky is employed as Medical Aids at Muhlenburg County Detention (MCDC).

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __________ is employed as __________ at __________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant __________ is employed as __________ at __________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant __________ is employed as __________ at __________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant ______________________________ is employed as ______________________ at ______________________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (✓✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ______________________

______________________

Defendant(s): ______________________

______________________

Court (if federal court, name the district. If state court, name the county):

______________________________________________

Docket number: ______________________________

Name of judge to whom the case was assigned: ______________________

Type of case (for example, habeas corpus or civil rights action):__________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

______________________________________________

Approximate date of filing lawsuit: ______________________

Approximate date of disposition: ______________________

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I mark Johnson and (2) Two others believe that our constitutional Right was violated when we was incarcarrated unrelated to this claim. When entering the institution (M.C.D.C) we was on medications prescribed to us by mental Health Doctors and given medicine for Addiction. Medical Staff ASK upon entry if and what medicines we are taking So they are advised of each prescription we received from being diagnosed by Mental Health and medicine given by Addiction treatment. There response is "we don't give that medicine at this jail that it is Against their Policy." So I file Complaints telling them I want to see their

**III. STATEMENT OF CLAIM(S) continued**

Policy, with no Progress. I Asked why does my 8th Amendmant Right say different. They tell me their Providers don't Allow it that they have their own mental Health Doctors that I can See [illegible] I tell them I don't Need a double diagnosis because I was doing fine with the medicine I was already taking. The (ADA) American disability Act Supports my claim of the violation of my ~~8th~~ United States Constitutional Rights precisely the 8th Amendmant of pain & Suffering My mind and these other guys are a little out of wack when we have to quit medicine Cold Turkey due ~~to~~ to some policy this medical staff claims. I informed the staff, [illegible] I and others was concerned of our rights, ~~from~~ Because we have been deprived of medication ~~before enter~~ we where taking before entering the Jail and it was 3C medical staff of Kentucky saying its against Policy!

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ $350.03 Cent

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ $158,000.03 Cent

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 6 day of June, 2026.

Mark C Johnson
(Signature of Plaintiff)

Adrian M Shelton
(Signature of additional Plaintiff)

David [signature]
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on June 8 2026.

Mark C Johnson
(Signature)

Mark C Johnson #135805
108 Court Row
Greenville, Ky 42345

UNITED STATES OF AMERICA
FOREVER/USA

Muhlenberg County Detention Center
Inmate Mail
Uncensored

RECEIVED
JAMES J. VILT, JR. - CLERK
JUL 02 2026 DW
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CLERKS Office
241 East main St. Suite 120
Bowling Green, Ky 42101-2175